IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANITA LAM-CARLSON, et al., *Plaintiffs*, v. INDYMAC BANK, F.S.B., et al. *Defendants*. | Civil Action No. 1:09-cv-02300 Assigned To: Judge Paul L. Friedman |

## STATUS UPDATE

COMES NOW Plaintiff Anita Lam-Carlson, *pro se*, Plaintiff Thomas Eric Carlson, *pro se*, (collectively, "Plaintiffs"), Defendant OneWest Bank, F.S.B. ("OneWest"), by and through the undersigned counsel, and the Federal Deposit Insurance Corporation (the "FDIC-Receiver"), by and through the undersigned counsel, pursuant to the Order entered by the Court on June 16, 2010, and provide the following update on the status of the above-captioned case:

1. On June 11, 2010, Plaintiffs and OneWest notified the Court that they have resolved the above-referenced matter, fully and finally, amongst themselves.

2. Plaintiffs and OneWest worked together to set forth the specific terms of any agreement between the parties. However, before finalizing the specific terms, on July 9, 2010, Plaintiff Anita Lam-Carlson filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Virginia. Robert Ogden Taylor was named as Trustee.

3. Counsel for OneWest has spoken to Mr. Taylor and is working with Mr. Taylor to determine the petition's effect, if any, upon the instant litigation and resolution. OneWest

expects to have a better understanding of this issue after the first meeting of creditors, which has been scheduled for August 18, 2010.

    4.  This Court has granted the FDIC-Receiver's request for an enlargement of time to file a responsive pleading or motion to Plaintiffs' Complaint up to and including September 3, 2010.

    Respectfully submitted,

    /s/ Anita Lam-Carlson
Anita Lam-Carlson
4933 Chaste Tree Place
Woodbridge, Virginia 22191
Pro Se *Plaintiff*

    /s/ Thomas Eric Carlson
Thomas Eric Carlson
4933 Chaste Tree Place
Woodbridge, Virginia 22191
Pro Se *Plaintiff*

    /s/ Marjorie B. Manne
Amy Miller, Esq. (D.C. Bar No. 473517)
Marjorie B. Manne (DC Bar No. 974851)
MCGUIREWOODS LLP
1050 Connecticut Avenue, N.W., Ste. 1200
Washington, D.C. 20036-5317
Tel:  (202) 857-1732
Fax:  (202) 828-2963
E-mail: amiller@mcguirewoods.com
       mmanne@mcguirewoods.com
*Counsel for OneWest Bank, F.S.B.*

    /s/ Monica O'Connell[1]
Frederick A. Douglas (DC Bar No. 197897)
Monica O'Connell (DC Bar No. 976904)
DOUGLAS & BOYKIN PLLC
1850 M Street NW, Suite 640

---

[1] The FDIC makes no representations or assertions regarding the resolution between Plaintiffs and OneWest.

Washington, DC 20036
Tel: 202.776.0370
Fax: 202.776.0975
E-mail: moconnell@douglasboykin.com
*Counsel for the Federal Deposit Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Frederick A. Douglas
>Monica O'Connell
>**DOUGLAS & BOYKIN PLLC**
>1850 M Street NW, Ste. 640
>Washington, DC 20036
>202.776.0370 (telephone)
>202.776.0975 (facsimile)

I further certify that on the 19th day of July 2010, I sent the foregoing by U.S. mail to the following:

>Thomas Eric Carlson
>4933 Chaste Tree Place
>Woodbridge, Virginia 22191
>Pro Se *Plaintiff*
>
>Anita Lam-Carlson
>4933 Chaste Tree Place
>Woodbridge, Virginia 22191
>Pro Se *Plaintiff*

>  /s/ Marjorie B. Manne
>Marjorie B. Manne (DC Bar No. 974851)
>MCGUIREWOODS LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5317
>Tel:  (202) 857-1732
>Fax:  (202) 828-2963
>E-mail: mmanne@mcguirewoods.com
>*Counsel for OneWest Bank, F.S.B.*